BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-Mail: Shea.Bond@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| BRUCE McCOY, ) | CIVIL NO. 2:09-cv-441 DAD |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER APPROVING SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel,

subject to the Court's approval, that Plaintiff be awarded attorney fees under the Equal Access to Justice

Act (EAJA), 28 U.S.C. § 2412(d), in the amount of SIX THOUSAND, TWO-HUNDRED SIXTY

DOLLARS AND 91 CENTS ($6,260.91). This amount represents compensation for all legal services

rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28

U.S.C. § 2412(d).

After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will

consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  Pursuant

to Astrue v. Ratliff, 130 S. Ct. 2521 (U.S. June 14, 2010), the ability to honor the assignment will

depend on whether the fees and expenses are subject to any offset allowed under the United States

Department of the Treasury's Offset Program.  After the order for EAJA fees and expenses is entered,

the government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Bess M. Brewer, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Dated: January 25, 2011              /s/Bess M. Brewer
                                     (As authorized via email)

                                     BESS M. BREWER
                                     Attorney for Plaintiff

                                     BENJAMIN B. WAGNER
                                     United States Attorney

Dated: January 25, 2011      By: /s/ Shea Lita Bond
                                 SHEA LITA BOND
                                 Special Assistant United States Attorney

## ORDER

Pursuant to the parties' Stipulation, IT IS ORDERED that Plaintiff shall be awarded attorney fees in the amount of SIX THOUSAND, TWO-HUNDRED SIXTY DOLLARS AND 91 CENTS ($6,260.91), as authorized by 28 U.S.C. § 2412(d) and subject to the terms of the Stipulation.  Plaintiff's motion for attorney fees under the Equal Access to Justice Act (Doc. No. 23) is moot.

DATED: January 26, 2011.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\mccoy0441.stipord.attyfee.eaja

2